UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RALPHAEL OKORO,

    Plaintiff,

Civil Case No. 05-70269

-vs-

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

JEFF KRUEGER; JOHN HEMINGWAY;
(INDIVIDUALLY); T.A. ZAMORA; H.J.
MARBERRY; DIRECTOR OF PRISONS;
MICHAEL NALLEY; JANICE BONNEVILLE;
LT. D. TANEL; LT. BLACK,

    Defendants.
_____/

## ORDER (1) ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, AND (2) DENYING PLAINTIFF'S MOTION TO REINSTATE AND REOPEN WRIT OF MANDAMUS COMPLAINT

    On August 16, 2005, this Court entered an order dismissing Plaintiff Raphael Okoro's ("Plaintiff") case in its entirety on the grounds that Plaintiff failed to demonstrate that he exhausted his administrative remedies prior to filing suit, as required in 42 U.S.C. § 1997e(a). Plaintiff filed a Motion for Reconsideration of the Court's Order, which the Court subsequently denied on September 9, 2005. Thereafter, Plaintiff filed a Motion to Reinstate and Reopen Writ of Mandamus Complaint. On April 11, 2006, Magistrate Judge Morgan issued Report and Recommendation ("R&R") denying said motion.

    Having considered the instant R&R, as well as any objections filed thereto,

**IT IS HEREBY ORDERED** that (1) the Magistrate Judge's recommendation is adopted and entered as the findings and conclusions of this Court; and (2) Plaintiff's Motion to Reinstate and Reopen Writ of Mandamus Complaint is DENIED.

        S/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: May 30, 2006

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 30, 2006.

        S/Jonie Parker
        Case Manager