**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RALPHAEL OKORO,

       Plaintiff,

                                   Civil Case No. 05-70269

-vs-                               PAUL D. BORMAN
                                   UNITED STATES DISTRICT JUDGE

JEFF KRUEGER; JOHN HEMINGWAY;
(INDIVIDUALLY); T.A. ZAMORA; H.J.
MARBERRY; DIRECTOR OF PRISONS;
MICHAEL NALLEY; JANICE BONNEVILLE;
LT. D. TANEL; LT. BLACK,

       Defendants.
_____/

**ORDER (1) ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND**
**RECOMMENDATION, AND (2) DENYING PLAINTIFF'S MOTION TO PROCEED ON**
**APPEAL *IN FORMA PAUPERIS***

    Magistrate Judge Morgan issued a Report and Recommendation ("R&R") on June 30,

2006.  Having considered the R&R, as well as any objections filed thereto,

    **IT IS HEREBY ORDERED** that (1) the Magistrate Judge's recommendation is adopted

and entered as the findings and conclusions of this Court; and (2) Plaintiff's motion for leave to

proceed on appeal *in forma pauperis* is DENIED.

                                         s/Paul D. Borman
                                         PAUL D. BORMAN
                                         UNITED STATES DISTRICT JUDGE

Dated:  July 12, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 12, 2006.


s/Denise Goodine
Case Manager